**Electronically Filed
Supreme Court
SCWC-20-0000457
19-MAY-2023
03:03 PM
Dkt. 29 OCOR**

SCWC-20-0000457

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI
_____

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

LOGOVII TALO,
Petitioner/Defendant-Appellant.
_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000457; CR. NO. 1PC161000667)

AMENDED ORDER OF CORRECTION
(By: McKenna, J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed

March 15, 2023, is corrected as follows:

On page 4, line 18, a space shall be added before the word

"of."

On page 7, line 14, a comma after "rather" shall be added.

On page 10, in the second line of footnote 6, the space

between "n." and "10" shall be deleted.

On page 17, footnote 11, line 13, the word "a" shall be

added before the word "factual."

On page 17, footnote 11, line 14, the word "imposition" shall be replaced with the word "imposing."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, May 19, 2023.

/s/ Sabrina S. McKenna

Associate Justice

2